IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 5:22-cr-6-TES-CHW-2 |
| | : | Civil No.: 5:24-cv-47-TES-CHW |
| TAMARA HALL, | : | |
| | : | Proceedings Under 28 U.S.C. § 2255 |
| Defendant. | : | Before the U.S. Magistrate Judge |
| | : | |

## ORDER

Before the Court is a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 filed by Tamara Hall. (Doc. 423). After conducting an initial review in accordance with the provisions of Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court is unable to conclude that the instant Motion is subject to summary dismissal.

**IT IS THEREFORE ORDERED** that within **thirty (30) days** of the date of this Order, Movant shall amend her motion to include every unalleged possible constitutional error or deprivation entitling her to federal habeas corpus relief, failing which Movant will be presumed to have deliberately waived her right to complain of any constitutional errors or deprivations other than those set forth in her initial motion. <u>Movant must explain or support the grounds asserted with facts as prompted on the standard form. Simply listing a ground or error without more will not suffice and may cause the petition to be dismissed</u>.

**IT IS FURTHER ORDERED** that the United States Attorney **RESPOND** to Movant's claims by filing an answer or other responsive pleading pursuant to Rule 5 of the Rules

1

Governing Section 2255 Proceedings for the United States District Courts within **sixty (60) days** of the date of this Order.

    **SO ORDERED**, this 12th day of February, 2024.

                                                s/ Charles H. Weigle  
                                                Charles H. Weigle  
                                                United States Magistrate Judge