IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 5:22-cr-6-TES-CHW-2 |
| | : | Civil No.: 5:24-cv-47-TES-CHW |
| TAMARA HALL, | : | |
| | : | Proceedings Under 28 U.S.C. § 2255 |
| Defendant/Movant. | : | Before the U.S. Magistrate Judge |

## ORDER

Movant Tamara Hall filed a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 (Doc. 423), after which the Court issued an order and notice for Movant to amend her motion to include every unalleged possible ground and for the Government to file its response. (Doc. 424). Movant did not amend her motion, but the Government responded as directed. (Doc. 429). Four days later, Movant's copy of the order (Doc. 424) was returned as undeliverable. (Docs. 430, 431).

The returned mail prompted the Court to inquire into Movant's whereabouts. The Court's investigation revealed that Movant is being held in the Houston County Detention Center on an "unspecified warrant," possibly as a witness in a separate, unrelated case. In an effort to afford Movant with notice and the opportunity to amend her Section 2255 motion, the Clerk of Court is **DIRECTED** to resend the Court's February 12, 2024 Order (Doc. 424) to Movant at the Houston County Detention Center, 203 Perry Parkway, Perry, GA 31069. The deadlines set therein shall be calculated from the entry of this order, so that Movant shall have thirty days to amend her Section 2255 motion, and the Government shall have sixty days to file an answer or responsive pleading.

1

Movant is advised that, while her Section 2255 motion is pending, it is her responsibility to keep the Clerk of Court informed of her current address, even if the change in address is temporary.

**SO ORDERED**, this 10th day of April, 2024.

                                                   s/ <u>Charles H. Weigle</u>
                                                   Charles H. Weigle
                                                   United States Magistrate Judge