# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**TAMARA HALL,**<br><br>*Defendant/Movant.* | **CRIMINAL ACTION NO.**<br>**5:22-cr-00006-TES-CHW-2**<br><br>**CIVIL ACTION NO.**<br>**5:24-cv-00047-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Neither party objected to the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 453], and the time period prescribed by 28 U.S.C. § 636(b)(1) has expired. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the R&R for clear error, the Court **ADOPTS** it [Doc. 453] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES** Movant's Section 2255 Motion [Doc. 423]. Further, the Court **DENIES** Movant a certificate of appealability because she has not made a substantial showing of a denial of a constitutional right. *See* 28 U.S.C. § 2255(c)(2); *see also Slack v. McDaniel,* 529 U.S. 473, 483–84 (2000).

**SO ORDERED**, this 17th day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**